USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIMINI STREET, INC., a Nevada corporation,

Plaintiff,

-against-

ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,

Defendants.

18 Misc. 115 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: November 4, 2026
New York, New York

ANALISA TORRES
United States District Judge